Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of _____
_____ Division

Georgia W. Benton
Leroy Benton, Sr.
LaRay J. Benton

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Port Wentworth
SPH 21, LLC
Steven R. Brock (see attached)

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV423 359
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LaRay J. Benton
Street Address: 1900 Saint Georges Way
City and County: Mitchellville, Prince Georges County
State and Zip Code: Maryland 20721
Telephone Number: 864-357-4545
E-mail Address: laraybenton@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: City of Port Wentworth, GA
Job or Title (if known): Port Wentworth City Council
Street Address: 7224 GA Highway 21
City and County: Port Wentworth, Chatham County
State and Zip Code: Georgia, 31407
Telephone Number: 912-964-4379
E-mail Address (if known): cityattorney@cityofportwentworth.com

**Defendant No. 2**
Name: Steven R. Brock for SPH 21, LLC
Job or Title (if known): CEO of SPH 21, LLC
Street Address: 5 Concourse Parkway, Suite 200
City and County: Atlanta, Fulton County
State and Zip Code: Georgia 30328
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: Chris Hayes for SPH 21, LLC
Job or Title (if known): Managing Partner of SPH 21, LLC
Street Address: 5 Concourse Parkway, Suite 200
City and County: Atlanta, Fulton County
State and Zip Code: Georgia 30328
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: SPH 21, LLC
Job or Title (if known): Corporate Entity and Developer
Street Address: 5 Concourse Parkway, Suite 200
City and County: Atlanta, Fulton County
State and Zip Code: Georgia 30328
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Samuel Varnedoe, Jr.
- Job or Title (if known): Owner of Parcel ID: 70976020 35
- Street Address: 30-35 36th Street
- City and County: Astoria
- State and Zip Code: New York 11103
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Lynn Jeffers, Sr.
- Job or Title (if known): Owner of Parcel ID 7097501026 7
- Street Address: 222 Jeffers Road
- City and County: Port Wentworth, Chatham County
- State and Zip Code: Georgia 31407
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Fred Steele, Jr.
- Job or Title (if known): Owner of Parcel ID 70975 01016
- Street Address: 206 Grant Road
- City and County: Port Wentworth, GA, Chatham County
- State and Zip Code: Georgia 31407
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Glenn Steele
- Job or Title (if known): Owner of Parcel ID 70975 01015
- Street Address: 207 Stephanie Ave
- City and County: Rincon, Effingham County
- State and Zip Code: Georgia 31326
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
    Name    Anthony Steele
    Job or Title *(if known)*    Owner of Parcel ID 70975 01015
    Street Address    207 Stephanie Ave.
    City and County    Rincon, Effingham County
    State and Zip Code    Georgia 31326
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1) 5th and 14th Amendment to U.S. Constitution; 2) Federal Clean Water Act; 3) National Environmental Policy Act; 4) Safe Drinking Water Act; 5) Executive Order 12898 of February 11, 1994

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* LaRay J. Benton, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* City of Port Wentworth, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __SPH 21, LLC__, is incorporated under the laws of the State of *(name)* __Georgia__, and has its principal place of business in the State of *(name)* __Georgia__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* __Atlanta, GA__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants have collectively violated Plaintiffs private and personal property rights causing damages in excess of $175,000 pursuant to OCGA 51-9-1 through 51-9-11 5th and 14th Amendment to U.S. Constitution, among others. See City Council Agenda for 12/21/23, Item 13-A, Development Agreement SPH 21

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants have violated Plaintiffs Civil Rights, Property Rights, Riparian Rights, Quiet Enjoyment and have Trespassed and Clouded the Title to Plaintiffs real property. Defendants have also Stolen Plaintiffs property amounting to Theft.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All relief for Damages, Loss, decline in property value, emotional distress, Punitive, restitution and all relief as seen fit by Court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/21/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: LaRay J. Benton

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address