IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA W. BENTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PORT WENTWORTH, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-359 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 14, 2024, Report and Recommendation, (doc. 13), to which no plaintiff has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 13.) Plaintiffs Georgia W. Benton, Leroy Benton, Jr., and Lashawn Benton are **DISMISSED** for their failure to comply with the Court's Order concerning their entitlement to proceed *in forma pauperis* and failure to prosecute this case. Fed. R. Civ. P. 41(b). All of the claims asserted in the Second Amended Complaint are **DISMISSED**. (Doc. 11; see also, doc. 13, pp. 7-8.) The Motion to Dismiss claims asserted on behalf of the Estate of Leroy Benton, Sr. is **DISMISSED** as moot. (Doc. 12.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 5th day of June, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA